447 F.2d 1374
 YAZOO VALLEY OIL MILL, INC., Plaintiff-Appellant,
v.
MUSKOGEE IRON WORKS, Defendant-Appellee.
 No. 31125 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 2, 1971.
 
 Appeal from the United States District Court for the Northern District of Mississippi; Orma R. Smith, District Judge.
 John C. Satterfield, Yazoo City, Miss., W. M. Whittington, Jr., Greenwood, Miss., for plaintiff-appellant; Satterfield, Shell, Williams & Buford, Yazoo, Miss., Whittington & Brock, Greenwood, Miss., of counsel.
 Charles S. Tindall, Jr., Roy D. Campbell, Jr., Greenville, Miss., for defendant-appellee; Lake, Tindall & Hunger, Campbell, DeLong, Keady, Robertson & Hagwood, Greenville, Miss., of counsel.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966